S. Strome Maxwell, Asst. Atty. Gen., Michael Schwartz, Robert L. Shevin, Atty. Gen., Tallahassee, Fla., for defendants-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

John L. Briggs, U. S. Atty., Aaron K. Bowden, Asst. U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

UNITED STATES of America, Plaintiff-Appellee,

v.

Bertha Mae GRIFFIN, Defendant-Appellant.

No. 30360

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 7, 1971.

Miquel SUAREZ, Plaintiff-Appellant-Cross Appellee,

v.

Charles Edward WEST and Anthony Luciano, Defendants-Appellees-Cross Appellants.

No. 30779

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 10, 1971.

Dennis J. Lanahan, Jr., Jacksonville, Fla., (Court Appointed), for defendant-appellant.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409. Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.